BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00256-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARIO URIEL MARES VELAZQUEZ, | DATE: November 5, 2013<br>TIME: 9:45 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 5, 2013.

2. By this stipulation, defendant now moves to continue the status conference until January 7, 2014 at 9:45 a.m., and to exclude time between November 5, 2013, and January 7, 2014 at 9:45 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has provided fifty-four pages and eight CDs worth of discovery.

    b) Counsel for defendant desires additional time for continued review of the discovery, investigation of the case, and consultation with her client regarding the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

case investigation and potential resolution of this case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The United States does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2013 to January 7, 2014 at 9:45 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: November 4, 2013     BENJAMIN B. WAGNER
                            United States Attorney


                            /s/ JUSTIN L. LEE
                            JUSTIN L. LEE
                            Assistant United States Attorney


Dated: November 4, 2013     /s/ SHARI RUSK
                            SHARI RUSK
                            Counsel for Defendant
                            MARIO URIEL MARES VELAZQUEZ
                            (as authorized on November 4, 2013)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of November, 2013.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE